IN THE INTEREST OF JOHN DOE I,
BORN NOVEMBER 2, 1948.

No. 4724.

November 15, 1968.

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON, JJ., AND CIRCUIT JUDGE
WONG ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Ronald Y. C. Yee,* General Counsel, and *Michael R. Sherwood,* Associate Counsel, Legal Aid Society of Hawaii, for the petition.